## Knarr's Appeal.

(Argued May 5, 1887.   Decided June 1, 1887.)

January Term, 1887, No. 329, E. D., before MERCUR, Ch. J., GORDON, TRUNKEY, STERRETT, GREEN, and CLARK, JJ.   Appeal by Henry S. Knarr, assignee of Calvin Sloppy, from a decree of the Court of Common Pleas of Clearfield County opening a judgment entered on a judgment note, in No. 182, May

Term, 1885, in which Calvin Sloppy was plaintiff and John El-
gren defendant. Reversed.

OPINION BY MR. JUSTICE TRUNKEY:

This appeal was argued with Knarr v. Elgren, *ante,* 172,
and, for reasons stated in the opinion in that case, the order or
decree opening the judgment must be reversed. At the trial
before the jury the testimony was more voluminous, but sub-
stantially the same, as on the hearing of the rule for opening the
judgment.

Decree reversed, at the costs of the appellee. Record remit-
ted.